PROB 12C
(6/16)

Report Date: July 23, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samantha Chasline Randall            Case Number: 0980 2:13CR02088-SAB-1

Last Known Address of Offender: ███████████████████  Pasco, WA 99301

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 18, 2014

Original Offense:       Assault With Intent to Commit Murder and Aiding and Abetting, 18 U.S.C. §§ 113(a)(1), 1153, and 2

Original Sentence:      Prison - 134 months            Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Brian M. Donovan               Date Supervision Commenced: March 6, 2024

Defense Attorney:       Michael M. Lynch               Date Supervision Expires: April 24, 2027

---

### PETITIONING THE COURT

To issue a **warrant**.

On April 26, 2024, all the conditions were reviewed with Ms. Randall. She signed a copy of her conditions of supervision and verbalized understanding. She was provided with a copy of her conditions. Ms. Randall was referred to Merit Resource Services (Merit) for substance abuse treatment services and for drug testing.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Ms. Randall is considered to be in violation of her term of supervised release by having committed the crime of driving without a valid driver's license on or about May 6, 2024. |
| | On May 7, 2024, Ms. Randall admitted to the undersigned officer to driving her son's vehicle the day before on May 6, 2024. Ms. Randall also admitted she does not have a valid drivers license. |
| | Ms. Randall failed to obey all laws per her own self-admission. |

Prob12C
**Re: Randall, Samantha Chasline**
**July 23, 2024**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ms. Randall is considered to be in violation of her term of supervised release by having used a controlled substance, methamphetamine, on or about June 7, 2024.

On June 10, 2024, Ms. Randall reported to the probation office as instructed. During this officer visit, Ms. Randall admitted to using methamphetamine on June 7, 2024.

On June 11, 2024, Ms. Randall reported to the probation office again and signed a drug use admission form admitting to having used methamphetamine on June 7, 2024.

| | | |
|---|---|---|
| 3 | | **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Ms. Randall is considered to be in violation of her term of supervised release by having consumed alcohol on or about June 7, 2024.

As noted above, Ms. Randall reported to the probation office as instructed on June 10, 2024, at which time she admitted to having consumed alcohol on June 7, 2024.

On June 11, 2024, Ms. Randall reported to the probation office again as required and signed a drug use admission for using alcohol.

| | | |
|---|---|---|
| 4 | | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ms. Randall is considered to be in violation of her term of supervised release by having used a controlled substance, methamphetamine, on or about July 18, 2024.

The substance abuse treatment counselor at Merit reported Ms. Randall completed a treatment drug test on July 18, 2024, while at Merit, and this drug test was presumptive positive for methamphetamine, amphetamine, and alcohol. Ms. Randall denied drug use and Merit staff sent this drug test to Abbott Laboratory for confirmation. The drug test report is pending.

| | | |
|---|---|---|
| 5 | | **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Ms. Randall is considered to be in violation of her term of supervised release by having consumed alcohol on or about July 18, 2024.

Prob12C
Re: Randall, Samantha Chasline
July 23, 2024
Page 3

As mentioned above, Ms. Randall completed a treatment drug test at Merit on July 18, 2024, and this drug test was presumptive positive for alcohol. This drug test was sent to Abbott Laboratory by Merit staff and the drug test report is pending.

6    **Standard Condition #2:** The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

**Supporting Evidence**: Ms. Randall is considered to be in violation of her term of supervised release by failing to report to the probation officer as instructed on July 22, 2024.

On July 22, 2024, the undersigned officer made telephonic contact with Ms. Randall and the defendant was instructed to report to the probation office on that same date by 4 p.m. Ms. Randall failed to report on July 22, 2024, as instructed. The defendant later left a voice message stating she was not able to report because she thought she had a bus pass, but she did not. Ms. Randall was instructed to report to the probation office the following day for drug testing.

The following day on July 23, 2024, Ms. Randall reported to the probation office and admitted to the undersigned officer she did not report the day before because she went to a park in Pasco, Washington, and was drinking alcohol.

7    **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Ms. Randall is considered to be in violation of her term of supervised release by having consumed alcohol on or about July 22, 2024.

As mentioned above, Ms. Randall reported to the probation office on July 23, 2024. During this office visit, the defendant admitted to the undersigned officer to having consumed alcohol the day before on July 22, 2024.

8    **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Randall is considered to be in violation of her term of supervised release by having used a controlled substance, methamphetamine and amphetamine, on or about July 23, 2024.

On July 23, 2024, Ms. Randall reported to the probation office and completed a drug test. This drug test was presumptive positive for methamphetamine and amphetamine. This drug test was packaged and sent to Abbott Laboratory for confirmation. The drug test report is pending.

Prob12C
**Re: Randall, Samantha Chasline**
July 23, 2024
Page 4

| | | |
|---|---|---|
| 9 | | **Standard Condition #3:** The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: Ms. Randall is considered to be in violation of her term of supervised release by not being truthful about her living arrangements on or before July 23, 2024.

The undersigned officer made telephonic contact with Ms. Randall on July 22, 2024. During this contact, Ms. Randall reported having conflict with another Oxford House resident who resides in the same sober house at 1007 West 14th Avenue, Kennewick, Washington, on July 19, 2024. The other resident accused the defendant of having consumed alcohol. Ms. Randall reported she became so upset she wanted to fight this resident; therefore, she chose to leave the house. Ms. Randall reported she remained at this sober house throughout the weekend, when questioned about her current living arrangements.

However, on July 23, 2024, the undersigned officer made telephonic contact with a house resident who reported Ms. Randall returned to the house late, past the approved time, on July 19, 2024. Ms. Randall had accidently pocket dialed another house resident before she returned to the house and the defendant was heard arguing using vulgar language with an unknown male. Ms. Randall had been voted by the house to be approved to go bowling and she was required to have sent the house residents a picture of herself at the approved location, per the house rules. Ms. Randall sent them a picture of an unknown male at a bowling alley. For these reasons, Ms. Randall was asked to complete a cause house drug test, the defendant refused the drug test and left the residence on that same night. In addition to refusing the drug test, Ms. Randall was also removed from this Oxford House for disruptive behavior.

Ms. Randall was dishonest about the circumstances and reasons for why she was removed from the Oxford House and was dishonest about staying at this residence when she was previously removed on July 19, 2024. Ms. Randall did not make any effort to contact this officer until this officer randomly made telephonic contact with the defendant.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 23, 2024

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
Re: Randall, Samantha Chasline
July 23, 2024
Page 5

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

7/24/2024
Date