PROB 12C
(6/16)

Report Date: July 29, 2024

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2024

SEAN F. McAVOY, CLERK

Name of Offender: Samantha Chasline Randall         Case Number: 0980 2:13CR02088-SAB-1

Last Known Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Pasco, WA 99301

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 18, 2014

| | | |
|---|---|---|
| Original Offense: | Assault With Intent to Commit Murder and Aiding and Abetting, 18 U.S.C. §§ 113(a)(1), 1153, and 2 | |
| Original Sentence: | Prison - 134 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Brian M. Donovan | Date Supervision Commenced: March 6, 2024 |
| Defense Attorney: | Kenneth D. Therrien | Date Supervision Expires: April 24, 2027 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 07/23/2024 (docketed on 07/24/24).

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ms. Randall is considered to be in violation of her term of supervised release by failing to submit a valid urinalysis by having tampered with drug testing on or about July 23, 2024.<br><br>On July 23, 2024, Ms. Randall reported to the probation office and she was instructed to complete a drug test. Ms. Randall completed a drug test, the test was packaged and sent to Abbott Laboratory for testing.<br><br>The probation office later received the drug test report from Abbott Laboratory, confirming the specimen was dilute and not consistent with normal human urine. Ms. Randall failed to submit to a valid urinalysis as required. |

Prob12C
Re: Randall, Samantha Chasline
July 29, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 29, 2024

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

7/30/2024

Date