PROB 12C
(6/16)

Report Date:  April 20, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2026

SEAN F. MCAVOY, CLERK

ECF No. 504

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samantha Chasline Randall          Case Number: 0980 2:13CR02088-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 18, 2014

| | |
|---|---|
| Original Offense: | Assault With Intent to Commit Murder and Aiding and Abetting, 18 U.S.C. §§ 113(a)(1), 1153, and 2 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 134 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 2, 2024) | Prison - 70 days<br>TSR - 34 months | |
| Revocation Sentence:<br>(August 7, 2025) | Prison - 8 months<br>TSR - 25 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: February 4, 2026 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: March 3, 2028 |

## PETITIONING THE COURT

To issue a warrant.

On February 9, 2026, the offender's conditions of supervised release were explained by the probation officer and she signed said conditions acknowledging she understood her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by absconding from the RRC facility, on or about April 18, 2026.

Prob12C

**Re: Randall, Samantha Chasline**
**April 20, 2026**
**Page 2**

On April 18, 2026, the offender failed to return to the RRC at 1:10 a.m., which was the time she was scheduled to return from her work shift. RRC staff made attempts to contact her, but she failed to answer her phone. Given her failure to return to the facility, the RRC placed her on abscond status and her RRC placement has been terminated.

2    **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 5, by failing to reside at her approved residence, on or about April 18, 2026.

As noted in alleged violation number 1, the offender absconded from the RRC, her approved residence, on or about April 18, 2026.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 20, 2026

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS
[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

4/20/2026

Date