PROB 12C
(6/16)

Report Date:  May 13, 2026

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2026

SEAN F. McAVOY, CLERK

### for the

ECF No. 519

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samantha Chasline Randall        Case Number: 0980 2:13CR02088-SAB-1

Address of Offender: ███████████████████████ Spokane, Washington 99260

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 18, 2014

| | |
|---|---|
| Original Offense: | Assault With Intent to Commit Murder and Aiding and Abetting, 18 U.S.C. §§ 113(a)(1), 1153, and 2 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 134 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 2, 2024) | Prison - 70 days<br>TSR - 34 months | |
| Revocation Sentence:<br>(August 7, 2025) | Prison - 8 months<br>TSR - 25 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: February 4, 2026 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: March 3, 2028 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on April 20, 2026.

On February 9, 2026, the offender's conditions of supervised release were explained by the probation officer and she signed said conditions acknowledging she understood her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone who has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting permission of the probation officer. |
| | **Supporting Evidence**: The offender is alleged to have violated standard condition number 8, by associating with a convicted felon without first getting permission of the probation officer on or about April 29, 2026. |

**Prob12C**
**Re: Randall, Samantha Chasline**
**May 13, 2026**
**Page 2**

On April 29, 2026, Ms. Randall was arrested by the U.S. Marshals Service (USMS) on an outstanding federal warrant. She was arrested at a residence in Spokane, Washington, which was also occupied by a convicted felon. She did not receive permission from the probation officer to have contact with said individual.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 13, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

5/13/2026

Date